IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JIMMY D. BRATCHER and wife,
VIRGINIA N. BRATCHER,

    Plaintiffs,

vs.                                            Civil Action No. 1-04-1203-T

MAGNOLIA MARINE TRANSPORT
COMPANY and JONNIE PARTAINE,

    Defendants.

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

Came the parties and stated to the Court through their counsel that the matters and things in controversy had been amicably settled and that the parties are in agreement that the Plaintiffs' action should be dismissed with prejudice, with the parties to bear their own costs.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' action be, and it is hereby, dismissed with prejudice to the refiling of same in any form, and the parties shall bear their own costs.

Entered this the 19th day of December, 2005.

_____
James D. Todd
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/22/05

Agreed to by:

_____
Charles M. Agee
Attorney for Plaintiffs

_____
Gregory W. O'Neal, #15860
Attorney for Defendants

F:\Data\Magnolia Marine\Limita-Pldgs\Brat.Con-Ord-Dis.Cir.wpd

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 1:04-CV-01203 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Charles M. Agee
AGEE LAW FIRM
115 Mills Avenue
P.O. Box 280
Dyersburg, TN 38025--028

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable James Todd
US DISTRICT COURT